**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **Enviro-Tech Insulation, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 2 6 – 1 5 8 3 1 5 3 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **205 PR 3902 D #118** | |
| Number    Street | Number    Street |
| | |
| | P.O. Box |
| **Mount Enterprise    TX    75681** | |
| City    State    ZIP Code | City    State    ZIP Code |

| | Location of principal assets, if different from principal place of business |
|---|---|
| **Rusk** | |
| County | Number    Street |
| | |
| | City    State    ZIP Code |

5. **Debtor's website (URL)**  _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Enviro-Tech Insulation, LLC** _____    Case number (if known) _____

7. **Describe debtor's business**    *A. Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ☑ None of the above

   *B. Check all that apply:*

   ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/

   ____ ____ ____ ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

   ☑ Chapter 7
   ☐ Chapter 9
   ☐ Chapter 11.    *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes. District _____ When ____/____/____ Case number _____
              District _____ When ____/____/____ Case number _____
              District _____ When ____/____/____ Case number _____
                                            MM / DD / YYYY

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor **Enviro-Tech Insulation, LLC**     Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
District _____  When _____ MM / DD / YYYY
Case number, if known _____

Debtor _____  Relationship _____
District _____  When _____ MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number   Street
_____
City  State  ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor **Enviro-Tech Insulation, LLC**                    Case number (if known) _____

| | | | |
|---|---|---|---|
| **14. Estimated number of creditors** | ☑ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☑ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Part X:   Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/31/2016**
MM / DD / YYYY

X **/s/ Chad Prentice**                                **Chad Prentice**
Signature of authorized representative of debtor        Printed name

Title **Sole Member**

**18. Signature of attorney**

X **/s/ Jim Echols**                                  Date **03/31/2016**
Signature of Attorney for Debtor                       MM / DD / YYYY

**Jim Echols**
Printed name

**Saunders, Schmidt, & Echols, P.C.**
Firm Name

**202 W. Erwin Street, Suite 200**
Number      Street

_____

**Tyler**                                    **TX**         **75702**
City                                        State         ZIP Code

Contact phone **(903) 595-3791**        Email address _____

**06391500**                                _____
Bar number                                State

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

IN RE:   **Enviro-Tech Insulation, LLC**                                          CASE NO

                                                                                                 CHAPTER   **7**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  3/31/2016                                        Signature  /s/ Chad Prentice
                                                                              *Chad Prentice*
                                                                              *Sole Member*

Date _____        Signature _____

| | | |
|---|---|---|
| Attorney General of Texas<br>Taxation Division - Bankruptcy<br>Box 12548, Capitol Station<br>Austin, TX 78711 | Exxon Mobil<br>P.O. Box 78001<br>Phoenix, AZ 85062-8001 | Texas Employment Commission<br>T.E.C. Bldg. - Tax Dept.<br>Austin, TX 78778 |
| Attorney General of Texas<br>Child Support Div.<br>P.O. Box 12048<br>Austin, TX 78711-2048 | Huntington State Bank<br>P.O. Box 1090<br>Huntington, TX 75949 | United States Attorney<br>Eastern District of Texas<br>110 N. College, Suite 700<br>Tyler, TX 75702 |
| Attorney General of the U.S.<br>Dept. of Justice, Room 5111<br>Tenth & Constitution, N.W.<br>Washington, DC 20530 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | United States Trustee<br>110 N. College<br>Suite 399<br>Tyler, TX 75702 |
| Barnhardt Manuf. Co.<br>c/o Ronnie Horsley<br>P.O. Box 7017<br>Tyler, TX 75711 | Internal Revenue Service<br>Special Procedures Branch<br>1100 Commerce Street, MC 5020 D.<br>Dallas, TX 75242 | |
| Card Service Center<br>P.O. Box 569100<br>Dallas, TX 75356-9100 | NCFI Polyurethanes<br>Specialty Products Mt Airy<br>P.O. Box 1528<br>Mount Airy, NC 27030 | |
| Chad Prentice<br>205 PR 3902D #118<br>Mt. Enterprise, TX 75681 | Rhino Lings Corp.<br>9151 Rehco Road<br>San Diego, CA 92121 | |
| Chad Prentice<br>205 PR 3902D Lot 118<br>Mt. Enterprise, TX 75681-8617 | Rusk County Tax Office<br>P.O. Box 988<br>Henderson, TX 75653 | |
| Chad Prentice<br>205 PR 3902 D Lot 118<br>Mt. Enterprise, TX 75681-8617 | Shell<br>P.O. Box 183019<br>Columbus, OH 43218-3019 | |
| Chad Prentice<br>205 PR 3902D #118<br>Mt. Enterprise, TX 75949 | State Comptroller-Public Accoun<br>Capitol Station<br>Austin, TX 78774 | |
| Euler Hermes Collections<br>800 Red Brook Blvd., Suite 400<br>Owings Mills, Maryland 21117 | SWD Urethane<br>P.O. Box 1422<br>Mesa, AZ 85211-1422 | |